CHARLES KRUCHEN COMPANY, A CORPORATION, APPELLANT, v. THE MAYOR AND ALDERMEN OF THE CITY OF PATERSON ET AL., RESPONDENTS.

Submitted March 26, 1917—Decided June 18, 1917.

On appeal from the Supreme Court.

For the appellant, *Ward & McGinnis.*

For the respondents, *Edward F. Merrey.*

PER CURIAM.

The judgment under review will be affirmed, for the reasons given in the *per curiam* in Wilhelmina Koettegen *v.* the Mayor and Aldermen of the City of Paterson et al., No. 149 of the present term of this court.

*For affirmance*—THE CHANCELLOR, SWAYZE, PARKER, BERGEN, MINTURN, KALISCH, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER, JJ. 11.

*For reversal*—None.